| | |
|---|---|
| 1 | EDWARD C. DUCKERS (SB #179222) |
| | ed.duckers@stoel.com |
| 2 | BRYAN L. HAWKINS (SB #238346) |
| | bryan.hawkins@stoel.com |
| 3 | JONATHAN A. MILES (SB #268034) |
| | jonathan.miles@stoel.com |
| 4 | STOEL RIVES LLP |
| | 500 Capitol Mall, Suite 1600 |
| 5 | Sacramento, CA  95814 |
| | Telephone:  (916) 447-0700 |
| 6 | Facsimile:  (916) 447-4781 |
| 7 | Attorneys for Defendants |
| | LIVING ESSENTIALS, LLC and |
| 8 | INNOVATION VENTURES, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABC DISTRIBUTING, INC., ELITE WHOLESALE, INC., TONIC WHOLESALE, INC. dba ACE WHOLESALE, PITTSBURG WHOLESALE GROCERS, INC. and PACIFIC GROSERVICE, INC. on behalf of themselves and all others similarly situated, | Case No. 5:15-cv-02064-NC<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT  CONFERENCE AND ASSOCIATED DEADLINES** |
| Plaintiffs, | |
| v. | |
| LIVING ESSENTIALS, LLC and INNOVATION VENTURES, LLC, | |
| Defendants. | |


[~~PROPOSED~~] ORDER

WHEREAS, the Court having reviewed the stipulation of the parties for a brief continuance of the Case Management Conference ("CMC"), and good cause appearing therefore, IT IS HEREBY ORDERED that the CMC in this matter is continued to Wednesday, September 23, 2015 at 10:00 a.m.  The location of the CMC shall be San Jose Courthouse, Courtroom 7, 4th Floor, 280 South 1st Street, San Jose, CA 95113.  Additionally, all deadlines associated with the CMC, including the filing of a Case Management Statement, service of Initial Disclosures, and the holding of a conference pursuant to Federal Rule of Civil Procedure Rule 26(f) be continued consistent with the continuance of the CMC as well.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 22, 2015

_____
MAGISTRATE JUDGE NATHANAEL COUSINS



STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[~~PROPOSED~~] ORDER                    -1-

79549089.1 0049624-00004