UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABC DISTRIBUTING, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LIVING ESSENTIALS LLC, et al.,<br><br>　　　　　Defendants. | Case No.15-cv-02064-NC<br><br>**ORDER FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO AMEND THE ANSWER**<br><br>Re: Dkt. No. 83 |

Plaintiffs may respond to defendants' motion to amend the answer, dkt. no. 83, by May 27, 2016.

**IT IS SO ORDERED.**

Dated: May 24, 2016　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No.15-cv-02064-NC