1

2

3

4

5                UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7

8    ABC DISTRIBUTING, INC., et al.,

9             Plaintiffs,

Case No. 15-cv-02064-NC

10         v.

**ORDER RE: PRETRIAL CONFERENCE**

11    LIVING ESSENTIALS LLC, et al.,

12            Defendants.

13

14       This order summarizes today's pretrial conference. The Court takes the parties'

15 oral arguments on motions in limine under consideration and will issue a written order.

16 The Court will also issue preliminary jury instructions, and the parties should be prepared

17 to respond with any objections. Finally, the following deadlines are set:

18     • By October 20, 2017, the parties must jointly file a proposed jury questionnaire.

19     • By 5:00 p.m. on October 23, 2017, plaintiffs must file an amended witness list that

20        identifies (1) live witnesses and the amount of time expected to be used at trial for

21        each; (2) video witnesses and the exact video clips that will be used for each; and

22        (3) specific portions of witness depositions that plaintiffs believe, in good faith, will

23        be used at trial.

24     • By October 26, 2017, the parties must file proposed verdict forms. The parties are

25        encouraged to meet and confer, and submit a verdict form jointly.

26       **IT IS SO ORDERED.**

27 Dated: October 18, 2017           _____

                               NATHANAEL M. COUSINS

28                                United States Magistrate Judge